[No. 5158–7–III. Division Three. November 29, 1983.]

LOCAL 1–369, OIL, CHEMICAL AND ATOMIC WORKERS INTERNATIONAL UNION AFL–CIO, *Plaintiff,* OLIVER CHILSON, *Respondent,* v. CHEVRON CHEMICAL COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 82–2–00045–8, Robert S. Day, J., entered April 15, 1982. *Reversed* and *remanded* by unpublished opinion per Munson, C.J., concurred in by Green, J., and Hettinger, J. Pro Tem.

[No. 5236–2–III. Division Three. November 29, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. WANDA LADENE STRUTHERS, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 81–1–00427–3, Richard G. Patrick, J., entered June 18, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green, J., and Stauffacher, J. Pro Tem.

[No. 5777–8–II. Division Two. November 30, 1983.]

J. I. BLANKENSHIP, *Appellant,* v. RAY E. BLANKENSHIP, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Lewis County, No. 38409, Dale M. Nordquist, J., entered July 20, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.